FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ANTONIO SMITH,<br><br>          Petitioner,<br><br>     v.<br><br>ROBERT A. HOREL,<br><br>          Respondent. | CASE NO. CV 08-00211 JSL (SS)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Second Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Second Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, **IT IS ORDERED THAT**:

1. The Motion for Stay is DENIED.

2. Judgment shall be entered dismissing this action with prejudice.

3. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 5/8/08

*Spencer Letts*

―――――――――――――――――――――
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE