FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ANTONIO SMITH,   ) | CASE NO. CV 08-00211 JSL (SS) |
| Petitioner,   ) | **JUDGMENT** |
| v.   ) | |
| ROBERT A. HOREL,   ) | |
| Respondent.   ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/8/08

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE